IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERRY ANTHONY CADET,<br><br>      *Plaintiff*,<br><br>v.<br><br>THE OWNERS OR BERKS COUNTY JAIL, *et al.*<br><br>      *Defendants*. | CIVIL ACTION<br>NO. 16-02829 |

## ORDER

**AND NOW**, this 15th day of February, 2017, upon consideration of Defendants' motion to dismiss (ECF No. 20), it is hereby **ORDERED** that the motion is **GRANTED in part** and **DENIED in part** in accordance with the following:

1. The motion is **GRANTED** with respect to Defendants Leinbach, Barnhardt, Scott and Graffius, and Cadet's claims against these four Defendants are **DISMISSED with prejudice**;

2. The motion is **DENIED** with respect to Defendants Quigley, Smith and Torres.

                                    BY THE COURT:

                                    ***/s/ Gerald J. Pappert***
                                    GERALD J. PAPPERT, J.