# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERRY ANTHONY CADET,<br><br>   *Plaintiff*,<br><br> v.<br><br>THE OWNERS OF BERKS COUNTY JAIL, *et al.*,<br><br>   *Defendants*. | CIVIL ACTION<br>NO. 16-02829 |

## **ORDER**

**AND NOW**, this 13th day of October, 2017, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 33), Plaintiff's Responses (ECF Nos. 44, 47, 52, 53) and Defendants' Reply (ECF No. 54), it is **ORDERED** that the motion is **GRANTED**. This case shall be **CLOSED** for statistical purposes.

                BY THE COURT:

                ***/s/ Gerald J. Pappert***
                GERALD J. PAPPERT, J.